IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff | : | Case No. 3:20 MJ 413 |
| vs. | : | |
| | | ORDER |
| MALIK WILKINSON, | : | |
| Defendant. | : | |

_____

The United States has filed a motion to dismiss the Complaint (R. 1). For good cause shown, the Court hereby orders that the Complaint be dismissed without prejudice.

9/30/20

_____
Sharon L. Ovington
United States Magistrate Judge