# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| Plaintiff, | : | Case No. 3:20-mj-413 |
| -vs- | : | Magistrate Judge Sharon L. Ovington |
| MALIK WILKINSON, | : | |
| Defendant. | : | |

## ORDER TO RELEASE DEFENDANT FROM CUSTODY

Upon the Government's Motion to Dismiss the Criminal Complaint (Doc. #10) that the Court granted by notation order on October 1, 2020, the Defendant shall be released from custody. The U.S. Marshal or any authorized law enforcement officer is directed to release the Defendant from custody immediately.

October 1, 2020

                                                                     s/Sharon L. Ovington
                                                                          Sharon L. Ovington
                                                           United States Magistrate Judge